**PROPOSED ORDER/COVER SHEET**

**TO:**    **Honorable Thomas S. Hixson**         **RE:**   **RIOS-MILANEZ, Israel**
      **U.S. Magistrate Judge**

                                            26-cr-238 RS

**FROM:**  **Silvio Lugo, Chief**              **Docket No.:**   ~~3:26-mj-70641-MAG~~
      **U.S. Pretrial Services Officer**

**Date:**    **5/15/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

            Allyse Johnson                            415-436-7508

      U.S. Pretrial Services Officer              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge _____ Presiding  District Court Judge _____

☑   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑   Modification(s)

      ADD the following conditions of release to the defendant's bond:

      1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
      2. Defendant must surrender all passports and other travel documents to Pretrial Services and must not apply for other passports or travel documents.
      3. Defendant must not possess any firearm, destructive device, or dangerous weapon.
      4. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without legal prescription.
      5. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
      6. Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
      7. Defendant must not change residence or telephone number without prior approval of Pretrial Services.
      8. Defendant must not travel outside of the Northern District of California or Eastern District of California.
      9. Defendant must comply with all sex offender registration requirements.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**    May 19, 2026

**DATE**

Thomas S. Hixson
U.S. Magistrate Judge